UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN I. BALLESTEROS,<br><br>  Plaintiff,<br><br>  v.<br><br>C/O GARZA, et al.,<br><br>  Defendants. | Case No.: 1:22-cv-01092-CDB (PC)<br><br>**ORDER RE: VOLUNTARY DISMISSAL**<br><br>(Doc. 12)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ASSIGN DISTRICT JUDGE AND TO CLOSE CASE** |

      Plaintiff Benjamin I. Ballesteros filed a Notice of Dismissal Without Prejudice on March 11, 2024.[1] (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

//

//

---

[1] The notice is dated, and was served on, February 27, 2024.

1    Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an
2 answer or a motion for summary judgment, this action has terminated.
3    Accordingly, the Court DIRECTS the Clerk of the Court to assign a district judge and
4 then to close this case.
5 IT IS SO ORDERED.
6    Dated:   **March 12, 2024**                    _____
7                                                            UNITED STATES MAGISTRATE JUDGE

2